IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Weber, Estela | Case Number: 08 B 02407 |
| | Judge: Squires, John H |
| Printed: 6/24/08 | Filed: 2/2/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 30, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,850.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 2,850.00 |
| Totals: | 2,850.00 | 2,850.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 2. | LaSalle Bank NA | Secured | 0.00 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 2,555.21 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 2,063.59 | 0.00 |
| 5. | Chase Bank | Unsecured | 185.34 | 0.00 |
| 6. | Illinois Student Assistance Commission | Unsecured | 796.03 | 0.00 |
| 7. | GE Money Bank | Unsecured | 1,454.21 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 149.93 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,236.16 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 3,820.59 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 10,575.07 | 0.00 |
| 12. | Discover Financial Services | Unsecured | 3,562.92 | 0.00 |
| 13. | Capital One | Unsecured | 1,535.31 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 648.95 | 0.00 |
| 15. | Bank Of America | Unsecured | | No Claim Filed |
| 16. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 17. | Imaging Radiologists | Unsecured | | No Claim Filed |
| 18. | Village Of Kenilworth | Unsecured | | No Claim Filed |
| | | | $ 28,583.31 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Weber, Estela

Printed: 6/24/08

Case Number: 08 B 02407
Judge: Squires, John H
Filed: 2/2/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

